IN THE SUPREME COURT OF TEXAS

 No. 11-0276

 IN RE FIRST TEXAS BHC, INC. AND SOUTHWEST BANK

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for temporary relief, filed April
15, 2011, is granted. The trial court Fee Advancement Orders dated
December 14, 2010 and March 30, 2011, in Cause No. 236-238706-09, styled
First Texas BHC, Inc. and Southwest Bank v. John S. Shivers, Sr., Bret
Bentley, Jackson L. Gregory, Theresa Vargas, Larry Kilgore, Zana Davis,
Marjorie Clark, Marjorie Clark, as Trustee of The O.T. Clark, Jr. Trust,
Angela M. Currie, E. Fred Currie, James E. Dubose, James S. Dubose, Gwynne
Keyland, S.O. "Bill" Ryan, Larry Kilgore, as Special Co-Trustee of The John
S. Shivers, Sr. Family Trust, and Karl E. Wallace, in the 236th District
Court of Tarrant County, Texas, are stayed pending further order of this
Court.
 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before 3:00 p.m. May 2, 2011.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this April 22, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk